

FILED
SEP 2 4 2019
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) DOCKET NO. 4:19-MJ-152 |
| | ) (Misdemeanor) |
| KEASHUN R. AMSTUTZ | ) VA 19 |
| | ) |
| | ) Court Date: October 21, 2019 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No.8092152

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 27, 2019 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, KEASHUN R. AMSTUTZ did unlawfully assault Christiyana Y. Ruffin by striking the said Christiyana Y. Ruffin about the face with his hands, banging her head into a wall, chocking her around the neck, grabbing and throwing her onto the bed and pulling her hair.  (In violation of Title 18 United States Code, Section 113(a)(4).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on Sep 20, 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant KEASHUN R. AMSTUTZ.

*[signature]*

STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil